**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**James OLIVOS, Defendant–Appellant.**

**No. 14–10387**
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

Nov. 10, 2014.

Cherie Krigsman, Arthur Lee Bentley, III, U.S. Attorney's Office, Tampa, FL, Nicole M. Andrejko, Vincent Chiu, Daniel W. Eckhart, U.S. Attorney's Office, Orlando, FL, for Plaintiff–Appellee.

H. Kyle Fletcher, Office of H. Kyle Fletcher, Oviedo, FL, James Olivos, FCI Edgefield, Edgefield, SC, for Defendant–Appellant.

Before ROSENBAUM, JULIE CARNES and ANDERSON, Circuit Judges.

PER CURIAM:

H. Kyle Fletcher, counsel for James Olivos, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examina-

tion of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Olivos's convictions and sentences are **AFFIRMED.**